UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-14014-CR-MARTINEZ/MAYNARD-1

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LADARIUS LEKENDRIC LACEY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek M. Maynard on May 17, 2022 [DE: 39] at the request of the Defendant, the Defendant's Attorney, and the Assistant United States Attorney assigned to this case. A Report and Recommendation was filed on May 18, 2022, [DE: 44], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 44] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Superseding Indictment, which charges him with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter on <u>**Wednesday, August 10, 2022 at 1:30 p.m.**</u>, before the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams, Sr. United States

Courthouse, 101 South U.S. Highway 1, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of June, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office